IN THE WESTERN DISTRICT OF TENNESSEE
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No.: 04-20311 MI |
| ) | |
| VENCEL MARTIN, and ) | |
| BENTIA ROGERS, ) | |
| ) | |
| Defendants. ) | |

### ORDER TO DISMISS COUNT ONE OF THE INDICTMENT AS TO DEFENDANT VENCEL MARTIN AND BENITA ROGERS

Based upon the oral motion of the United States made on April 22, 2005; it is hereby

**ORDERED** that Count 1 of the Indictment as to Vencel Martin and Benita Rogers is hereby dismissed.

Entered this 22 day of April, 2005.

HONORABLE JON PHIPPS MCCALLA
UNITED STATES DISTRICT JUDGE

Approved:

TERRELL L. HARRIS
UNITED STATES ATTORNEY

By: Vivian R. Donelson
Vivian R. Donelson (#009951 Tennessee)
Assistant United States Attorney
167 North Main Street, Suite 800
Memphis, TN 38103

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  4-27-05

133

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 133 in case 2:04-CR-20311 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mark Saripkin
LAW OFFICE OF MARK SARIPKIN
140 N. Third St.
Memphis, TN 38103

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

William C. Gosnell
LAW OFFICE OF WILLIAM C. GOSNELL
245 Exchange Ave.
Memphis, TN 38105

Dewun R. Settle
LAW OFFICE OF DEWUN SETTLE
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Larry E. Fitzgerald
FITZGERALD & HARRIS
22 N. Second Street
Ste. 410
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT