IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Criminal No. <u>04-20311-Ml</u> |
| | ) |
| VENCEL MARTIN, and | ) |
| BENITA ROGERS, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION TO SEVER**

Based upon the motion of the United States to sever the cases of Vencel Martin and Benita Rogers, and for good cause shown; it is hereby **ORDERED** that the cases are severed as to Vencel Martin and Benita Rogers.

Entered this 26 day of Ap_____, 2005.

_____
Jon Phipps McCalla
United States District Judge

Approved:

TERRELL L. HARRIS
United States Attorney

By: _____
Vivian R. Donelson
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103
(#009951 Tennessee)

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  4-28-05

134

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 134 in case 2:04-CR-20311 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William C. Gosnell
LAW OFFICE OF WILLIAM C. GOSNELL
245 Exchange Ave.
Memphis, TN 38105

Larry E. Fitzgerald
FITZGERALD & HARRIS
22 N. Second Street
Ste. 410
Memphis, TN 38103

Dewun R. Settle
LAW OFFICE OF DEWUN SETTLE
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Mark Saripkin
LAW OFFICE OF MARK SARIPKIN
140 N. Third St.
Memphis, TN 38103

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT