IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY

05 MAY 18 PM 3: 32

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-20311 |
| | ) | |
| BENITA ROGERS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____

ORDER TRANSFERRING CASE FOR DISPOSITION

_____


The Honorable J. Daniel Breen was assigned this case for trial on the criminal rotation docket. A jury trial was commenced on May 3, 2005. On May 5, 2005, the third day of the trial in this matter, the defendant entered a plea of guilty to an Information filed in open court (Case No. 05-20170). Accordingly, this case, as to Defendant Benita Rogers only, is hereby transferred to Judge Breen for disposition with USA v. Benita Rogers, Criminal Case No. 05-20170.


IT IS SO ORDERED this 18 day of May, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE


This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ____5 - 19 -05____

152

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 152 in case 2:04-CR-20311 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

Dewun R. Settle
LAW OFFICE OF DEWUN R. SETTLE
100 N. Main Bldg.
Ste. 3001
Memphis, TN 38103

Larry E. Fitzgerald
FITZGERALD & HARRIS
22 N. Second Street
Ste. 410
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Mark Saripkin
LAW OFFICE OF MARK SARIPKIN
140 N. Third St.
Memphis, TN 38103

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

William C. Gosnell
LAW OFFICE OF WILLIAM C. GOSNELL
245 Exchange Ave.
Memphis, TN 38105

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT