```
FILED IN OPEN COURT
DATE: 8/11/05
TIME: 1:39
INITIALS: ___
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 04-20311-MI |
| ) | |
| BENITA ROGERS, ) | |
| ) | |
| Defendant. ) | |

## ORDER DISMISSING INDICTMENT

Based upon the motion of the United States and for good cause shown, Indictment No. 04-20311 against Benita Rogers is hereby **ORDERED** dismissed.

Entered this 11th day of August, 2005.

_____
J. Daniel Breen
United States District Judge

Approved:

Terrell L. Harris
United States Attorney

by: _____
Vivian R. Donelson
Assistant United States Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-12-05

(194)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 194 in case 2:04-CR-20311 was distributed by fax, mail, or direct printing on August 12, 2005 to the parties listed.

---

Larry E. Fitzgerald
FITZGERALD & HARRIS
100 N. Main St.
Ste. 901
Memphis, TN 38103

Mark Saripkin
LAW OFFICE OF MARK SARIPKIN
140 N. Third St.
Memphis, TN 38103

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

William C. Gosnell
LAW OFFICE OF WILLIAM C. GOSNELL
245 Exchange Ave.
Memphis, TN 38105

Dewun R. Settle
LAW OFFICE OF DEWUN R. SETTLE
100 N. Main Bldg.
Ste. 3001
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT